UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

NO. 13-02574-8

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gary Scott Kimrey | ) | Motion to Extend Time to Delay |
| | ) | Discharge |
| | ) | |

NOW COMES Damon Chetson, the ATTORNEY for Gary Scott Kimrey, the DEBTOR, and moves this Court to Extend Time to Delay Discharge, states to the Court as follows:

1. Gary Scott Kimrey, the DEBTOR, filed his Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on April 19, 2013.
2. The Debtor has indicated his intention to reaffirm his home mortgage, held through Chase Bank.
3. As of June 24, 2013, the reaffirmation agreement has not been received by the Debtor, nor his Attorney. Communication with Chase on June 24, 2013 outlined that the reaffirmation agreement would be sent within the next two weeks.
4. At this time, the Debtor and his Attorney request an additional 45 days, to August 8, 2013, for the discharge to be granted.

WHEREFORE, Damon Chetson, Attorney requests that this Court extend the deadline for him, the Debtor, and all creditors and other parties in interest to complete reaffirmation agreement outlined through August 8, 2013 and grant such other and further relief as this Court may deem just and proper.

/s/ Damon Chetson
Damon Chetson
Attorney for the Debtor
19 W. Hargett St. Suite 920
Raleigh, NC 27605

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing pleading was served on the Trustee assigned in this matter by electronic filing via the NCEB CM/ECF filing system;

    This the 25th day of June, 2013.

                                              /s/ Damon Chetson
                                              DAMON CHETSON
                                              ATTORNEY FOR THE DEBTOR