**SO ORDERED.**

**SIGNED this 22 day of July, 2013.**

_____
**Randy D. Doub**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | NO. 13-02574-8-RDD |
| Gary Scott Kimrey, Debtor ) | CHAPTER 7 |
| ) | |
| ) | |

**ORDER EXTENDING TIME TO DISCHARGE**

UPON THE DEBTOR'S MOTION, IT IS ORDERED that the deadline be extended through August 8, 2013 for the Debtor, and all creditors and other parties in interest to complete reaffirmation agreement and file said reaffirmation agreements with this Court.

END OF DOCUMENT